UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN VALENCIA-DIAZ,

                Petitioner,

        v.

KRISTI NOEM, et al.,

                Respondents.

No. 1:26-cv-02686-DAD-JDP

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING RESPONDENTS' MOTION TO DISMISS

(Doc. Nos. 1, 7, 10)

Petitioner Juan Valencia-Diaz, A-File No. 240-464-899, is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted and that respondents' motion to dismiss (Doc. No. 7) be denied.  (Doc. No. 10.)  Specifically, the magistrate judge found that petitioner's detention is governed by 8 U.S.C. § 1226(a) and that the proper remedy is his immediate release because petitioner has been erroneously detained pursuant to 8 U.S.C. § 1225(b) and denied the opportunity to request bond, which violated his due process rights.  (Doc. No. 10 at 6–7.)  The pending findings and recommendations were served on the

1

parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 8.) On May 1, 2026, respondents filed objections to the pending findings and recommendations. (Doc. No. 11.) Respondents' objection consists of a single sentence stating that "Respondents object to the recommendation that Petitioner's Petition for Writ of Habeas Corpus be granted for the same reasons advanced in Respondents' earlier filing. ECF No. 7." (Doc. No. 11 at 1.) This objection does not serve as a basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.  The findings and recommendations filed on May 1, 2026 (Doc. No. 10) are ADOPTED;

2.  Petitioner's petition for writ of habeas corpus (Doc. No. 1), is GRANTED as follows:

    a.  Respondents are ORDERED to immediately release petitioner Juan Valencia-Diaz, A-File No. 240-464-899, from respondents' custody;

    b.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its implementing regulations;

3.  Respondents' motion to dismiss (Doc. No. 7) is DENIED;

/////

/////

/////

/////

/////

/////

2

4.    The Clerk of the Court is directed to serve the Golden State Annex with a copy of this order; and

5.    The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:    __May 14, 2026__                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE